[No. 65214-1-I.   Division One.   January 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ONEIL WIGGIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-00078-4, Michael T. Downes, J., entered March 30, 2010. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Lau, J., concurred in by Leach, J.; Dwyer, C.J., dissenting in part.

[No. 36799-8-II.   Division Two.   January 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER WILLIAM SIEYES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-8-00353-7, Russell W. Hartman, J., entered August 29, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren and Johanson, JJ.

[No. 39998-9-II.   Division Two.   January 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVON VALTINO JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00390-8, Rosanne Buckner, J., entered November 13, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren and Johanson, JJ.

[No. 40238-6-II.   Division Two.   January 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLEY SUZANNE STEPHENS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03105-5, Eric Schmidt, J. Pro Tem., entered January 15, 2010. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.